UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>MICHAEL GRIMES,<br><br>        Plaintiff.<br>_____/ | No. C-12-0273 EMC (pr)<br>No. C-12-0274 EMC (pr)<br><br>**ORDER OF DISMISSAL** |

      These two actions were opened when the Court received letters from Michael Grimes in which he complained about prison conditions at Mule Creek State Prison. The Court notified Mr. Grimes in writing that each action was deficient in that he had not attached a complaint or petition and had not filed an *in forma pauperis* application. The Court further notified him that each action would be dismissed if he did not submit a complaint or petition, and an *in forma pauperis* application, within thirty days. Mr Grimes did not file a complaint or a petition, and did not file an *in forma pauperis* application, in either action. Instead, he wrote a letter to the Court in which he asked that the Court to "cancel" the two actions. (Docket # 5 in Case No. C-12-0274 EMC.) In his letter, Mr. Grimes seemed to indicate that the letters were intended to be exhibits in his earlier-filed action, *i.e.*, *Grimes v. Mule Creek State Prison Health Care*, Case No. C-12-0029 EMC, and were not intended to commence new actions.

///

///

///

///

///

Accordingly, these actions are **DISMISSED** without prejudice because they were opened in error. No fee is due.

The Clerk will e-file in Case No. C-12-0029 EMC a copy of Docket # 1 from Case No. C-12-0273 EMC and a copy of Docket # 1 from Case No. C-12-0274 EMC. The Clerk then will close the file.

IT IS SO ORDERED.

Dated: April 23, 2012

_____
EDWARD M. CHEN
United States District Judge